UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>GAIL BONNIE BARTELS,<br><br>             Defendant. | No. MJ-06-097<br><br>ORDER OF PROBABLE CAUSE AND DENYING MOTION FOR RECONSIDERATION |

A probable cause hearing was held on May 3, 2006. Assistant U.S. Attorney K. Jill Bolton appeared for the United States. Defendant was present with Assistant Federal Defender Kimberly A. Deater. Officer Dale Keller, Customs and Border Protection, testified and was cross examined. Argument was presented by both sides.

The court finds probable cause to believe that the charged offense has been committed and to believe the Defendant committed it.

Defendant orally moved to reconsider the Order Granting the United States' Motion for Detention. The court finds that Defendant has no criminal history, except for an outstanding warrant, of which she contests the validity. It appears the captioned charges, if going to a penalty phase, may result in probation. The Motion is denied, with leave to renew by motion to amend if additional information as to the pending warrant can be supplied.

ORDER OF PROBABLE CAUSE AND DENYING MOTION FOR RECONSIDERATION -1

**IT IS ORDERED**:

1. Defendant, on the finding of probable cause, is bound over to the United States District Court for trial.

2. The Defendant's oral Motion **(Ct. Rec. 14)** to reconsider detention is **DENIED.** The Defendant shall remain in the custody of the U.S. Marshal pursuant to this court's Order filed April 28, 2006.

DATED May 3, 2006.

              S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE

ORDER OF PROBABLE CAUSE AND DENYING MOTION FOR RECONSIDERATION -2